# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | CR419-069 |
| GILBERT BASALDUA, *et. al.*, | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Defendant Basaldua's Unopposed Joint Motion for Permission to File Additional Motions. Doc. 115. Having granted the motion through separate order, the Court finds Defendant's accompanying request to extend existing deadlines reasonable. Defendant's pretrial motions are to be filed within 30 days of the date of this order. The Government shall file its response to any defense motion within 45 days of this order.

**SO ORDERED**, this 25th day of September, 2019.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA