# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | 4:19CR69-1 |
| ) | |
| GILBERT BASALDUA, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Counsel in the above-captioned case have advised the Court that some pretrial motions have been complied with and the issues raised in the following motions have been resolved by agreement. The following motions filed in this case are DISMISSED AS MOOT:

Doc. 102 First Motion for Bill of Particulars;
Doc. 106 First Motion for Release of Brady Materials; and
Doc. 108 First Motion for Jencks Material.

The remaining motions have been set for hearing by separate Order.

SO ORDERED, this 2nd day of December 2019.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA