IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | 4:19CR69-1 |
| ) | |
| GILBERT BASALDUA, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Counsel in the above-captioned case have advised the Court that some pretrial motions have been complied with and the issues raised in the following motions have been resolved by agreement. The following motions filed in this case are DISMISSED AS MOOT:

Doc. 103 First Motion for Bill of Particulars, and
Doc. 105 First Motion to Make a Prima Facie Showing Existence of a Trade Secret.

SO ORDERED, this 13th day of December 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA