# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR419-069 |
| | ) | |
| GILBERT BASALDUA, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The indictment against Gilbert Basaldua has been superseded.  *See* doc. 248.  Defendant has moved to dismiss that indictment.  Doc. 257.  He has also moved to continue his arraignment, pending ruling on his motion to dismiss the indictment.  Doc. 256.  Normally, the Government would be afforded fourteen days, until August 28, 2020, to respond to that motion.  S.D. Ga. L. Crim. R. 12.1.  However, the Court has scheduled the arraignment for August 24, 2020.  Doc. 254.  The Government has informed the Court that it will oppose the motion.  In order to ensure that the Court may consider the Motion to Continue before the scheduled

arraignment, the Government is **DIRECTED** to file any opposition by no later than 5:00 p.m. on August 19, 2020.

**SO ORDERED,** this 14th day of August, 2020.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia